**04-24916 WTT**

1430KLO
4155 Harrison Blvd. Sutie 206
Ogden, UT 84403

Airbourne Express
PO Box 662
Seattle, WA 98111

Allied Interstate
800 Interchange West
435 Ford Road
Minneapolis, MN 55426-1096

Bonneville Collection
PO Box 309
Ogden, UT 84402-0309

The Breeze
257 East 200 South $400
Salt Lake City, UT 84111

CACV of Colorado
8 Bourbon Street
Peabody, MA 01960

Chase
PO Box 52195
Phoenix, AZ 85072-2195

Client Services Inc.
3451 Harry S Truman Blvd.
St Charles, MO 63301

Creditor's Interchange
80 Holtz Drive
Buffalo, NY 14225

Chevron Credit Bank, NA
PO Box 5010, Section 230
Concord, CA 94524-0010

Comm. Recovery Systems
8035 RL Thornton
Dallas, TX 75228

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2004 MAR 29 P 1:41
DISTRICT OF UTAH
BY_____
DEPUTY CLERK


0424916D4

Cricket
PO Box 660017
Dallas, TX 75226-0017

Cricket LLC
PO Box 210000
Stockton, CA 95269-9000

Electric Lightwave
PO Box 20553
Rochester, NY 14602-0553

The Enterprise
PO Box 11778
Salt Lake City, UT 84147
Evolution Fitness
PO Box 309
Ogden, UT 84402-0309

Ford Motor Credit
PO Box 542000
Omaha, NE 68154

Gap Inc./Old Navy
Monogram Credit Card Bank of GA
9675 Elk Grove Florin Road
Elk Grove, CA 95624

JA Cambece Law
8 Bourbon Street
Peabody, MA 01960

Kirk A Cullimore ATTY
PO Box 65655
Salt Lake City, UT 84165-0655

Les Olsen Company
3244 South 300 West
Salt Lake City, UT 84115

MBNA
400 Christiana Road
Newark, DE 19713

Mount Olympus Water
PO Box 25426
Salt Lake City, UT 84125

Multi Channel Systems Inc.
2226 Arbor Crest
Carrollton, TX 75007

Next Card
1620 Dodge Street
Omaha, NE 68102

Old Navy/MCCBG
PO Box 530993
Atlanta, GA 30353-0993

Qwest
PO Box 29060
Phoenix, AZ 85038-9060

Qwest
PO Box 29060
Phoeniz, AZ 85038-9090

R. Bradley Neff, PC
9730 South 700 East Suite 100
PO Box 1128
Sandy, UT 84091-1128

RC Willey
PO Box 410429
Salt Lake City, UT 84141-0429

RMA
60 Adelaide Street East
7th Floor
Toronto, ON M5C3E4 Canada

Salt Lake City 3rd Circuit Court
100 North 800 East
Sandy, UT 84070

Salt Lake City 3rd Circuit Court
100 North 800 East
Sandy, UT 84070

Salt Lake City Courts
333 South 200 East
Salt Lake City, UT 84111

Salt Lake City Corporation
451 South State St. Rm 248
Salt Lake City, UT 84111

SOS Staffing
PO Box 510084
Salt Lake City, UT 84151

Sprint PCS
PO Box 219554
Kansas City, MO 64121-9554

Talbots
PO Box 740312
Cincinatti, OH 45274-0312

Talon Global
5729 Martin Road #103
Plano, TX 75024-4955

Tiburon Financial
218A South 108th Avenue
Omaha, NE 68154-2631

Wells Fargo
3863 W 5400 South
Kearns, UT 84118

Wells Fargo
PO Box 98798
Las Vegas, NV 89193-8798

Xtreme Traffic Builders
435 N LaSalle #400
Chicago, IL 60610

Zions Bank
PO Box 1507
Salt Lake City, UT 84110-1507

Zions Bank
2460 South 3270 West
West Valley City, UT  84119