UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

MAY 5 11 59 AM '04

DATE OF 341 MEETING: May 3, 2004        CASE NO.: 04-24916

IN RE: NICHOLS, SHELBY ELIZABETH        TRUSTEE: Stephen W. Rupp

## SECTION 341 MEETING
### DETAILED REPORT FOR CHAPTER 7

1. DEBTOR(S)
   [ ] Present, Sworn, Examined        [✓] Not Present—Bankr D. Rule 2003
                                        [ ] Husband Present, Wife Not—Bankr D. Rule 2003
                                        [ ] Wife Present, Husband Not—Bankr D. Rule 2003

2. DEBTOR'S ATTORNEY
   [ ] Present        [ ] Not Present — Bankr D. Rule 2003   [✓] N/A (Pro Se)

3. SCHEDULES & STATEMENTS TIMELY FILED
   (including Schedule of Current Income and Expenditures and Statement of Intentions)

   [✓] YES        [ ] NO — Bankr. D. Rule 5005-1

4. NEW ADDRESS FOR DEBTOR?
   [✓] NO        [ ] YES — Debtor and Attorney advised of duty to file written notice of change of address

5. MEETING: [ ] Concluded [✓] Other   NOT HELD

6. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:

   [✓] a 341 hearing be rescheduled        [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

Debtor not present.

STEPHEN W. RUPP, TRUSTEE



0424916D6

In re: NICHOLS, SHELBY ELIZABETH          CASE NO. 04-24916
                                          CHAPTER 7

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of **May, 2004**, a true and correct copy of the foregoing SECTION 341 MEETING DETAILED REPORT FOR CHAPTER 7 was mailed, postage prepaid, to the following persons:

Shelby Elizabeth Nichols
7711 Casa Verde Street
Midvale, UT 84047


United States Trustee
Boston Building #100
9 Exchange Place
Salt Lake City, UT 84111

By:_____

\NDL\JTM\T\CH7\DtldRptCertServ